ROBERT HAWKINS #131159
CHAPTER 7 TRUSTEE
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555

Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 13-16664-A-7F |
| RODOLFO SANCHEZ and MARIA SANCHEZ, | DC No. RHT-1 |
| | **TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY**<br>11 U.S.C. §363 |
| Debtors.<br>_____ / | Date: March 5, 2014<br>Time: 9:00 a.m.<br>Dept: A |

**TO THE HONORABLE FREDRICK E. CLEMENT, UNITED STATES BANKRUPTCY JUDGE:**

Robert Hawkins respectfully represents:

1. He is the duly appointed, qualified, and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on or about October 11, 2013, and Robert Hawkins was appointed Chapter 7 Trustee.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate is a 2005 Chevrolet Malibu with a fair market value of $1,300.00.

5. The Trustee has received an offer from the debtors, Rodolfo Sanchez and Maria Sanchez, to purchase the above-described asset for the total sum of $1,000.00 cash. The funds have been deposited with the estate.

6. In deciding to accept the proposed offer, the Trustee took into consideration the fair market value and the costs associated with taking possession of, storing, and selling the vehicle at auction. The Trustee does not believe that the estate would net a higher amount from an auction sale. The sale is subject to higher and better bid at the time of the hearing.

7. The Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the Trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described assets to Rodolfo Sanchez and Maria Sanchez for the total sum of $1,000.00 cash.

**DATED**: FEBRUARY 6, 2014

/S/Robert Hawkins
ROBERT HAWKINS,
Chapter 7 Trustee